JAMES CLARK DISTILLING CO. OF CUMBERLAND, MD., v. AMERICAN EXPRESS CO.

(District Court, D. Maryland. December 18, 1914. On Reargument, January 23, 1915.)

In Equity. Suit by the James Clark Distilling Company of Cumberland, Md., against the American Express Company, to restrain defendant from refusing to transport intoxicating liquor from Maryland into West Virginia. Decree for complainant.

ROSE, District Judge. For the reasons stated in the opinion filed in the case of James Clark Distilling Company of Cumberland, Md., a Corporation, v. Western Maryland Railway Company, a Corporation, 219 Fed. 333, the plaintiff may present draft of decree for an injunction to the effect therein indicated.

### On Reargument.

Plaintiff's bill dismissed.